# CERTIFICATE OF SERVICE BY CERTIFIED MAIL
## *SINGH v CHERTOFF ET AL.*, No. C 07-04235 EDL

I, Lina Baroudi, declare that I am employed in the City and County of San Francisco California. My business address is 550 Kearny St., Suite 200, San Francisco, CA, 94108. I am over the age of 18 and not a party to the above named action.

On August 21, 2007, I served true copies of the following:

> **Complaint for Relief Under the Administrative Procedure Act**
> **Summons in a Civil Case**
> **Order Setting Initial Case Management Conference and ADR Deadlines**
> **Notice of Assignment of Case to U.S. Magistrate Judge**
> **Standing Orders of U.S. Magistrate Judge Elizabeth D. Laporte**
> **Standing Order for All Judge of the Northern District of California**
> **ECF Registration Handout**

on the interested parties, by certified mail, return receipt requested, at:

| | |
|---|---|
| Michael Chertoff<br>U.S. Department of Homeland Security<br>425 I Street, NW<br>Washington, DC 20528 | U.S. Department of Homeland Security<br>425 I Street, NW<br>Washington, DC 20528 |
| Emilio T. Gonzalez, Director<br>USCIS<br>425 I Street, NW<br>Washington, DC 20536 | USCIS<br>425 I Street, NW<br>Washington, DC 20536 |
| Alberto Gonzales, Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | United States Attorney's Office<br>Northern District<br>450 Golden Gate Ave., 11th Fl.<br>San Francisco, CA 94102 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on August 21, 2007, in San Francisco, California.

/s/
_____
Lina Baroudi