1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   KULWANT SINGH,                          )   No. C 07-04235 EDL
13                                         )
                   Plaintiffs,             )
14                                         )
          v.                               )
15                                         )
   MICHAEL CHERTOFF, Secretary,            )   CONSENT TO MAGISTRATE
16 Department of Homeland Security;        )   JURISDICTION
   DEPARTMENT OF HOMELAND                  )
17 SECURITY; EMILIO T. GONZALEZ,           )
   Director, U.S. Citizenship and Immigration )
18 Services; DAVID N. STILL, District      )
   Director, USCIS, San Francisco Office;  )
19 PETER D. KEISLER, U.S. Attorney         )
   General,                                )
20                                         )
                   Defendants.             )
21                                         )

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

CONSENT
07-04235 EDL

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 15, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

      /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: October 12, 2007

      /s/
ROBERT B. JOBE
Law Office of Robert B. Jobe
Attorneys for Plaintiffs

CONSENT
07-04235 EDL