SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KULWANT SINGH, ) <br> ) <br>          Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, ) <br> Department of Homeland Security; ) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY; EMILIO T. GONZALEZ, ) <br> Director, U.S. Citizenship and Immigration ) <br> Services; DAVID N. STILL, District ) <br> Director, USCIS, San Francisco Office; ) <br> PETER D. KEISLER, U.S. Attorney ) <br> General, ) <br> ) <br>          Defendants. ) <br> _____ ) | No. C 07-04235 EDL <br><br> STIPULATION TO EXTEND DATES; <br> [PROPOSED] ORDER |

     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

     1. Plaintiff filed this action on or about August 17, 2007, and Defendants' Response is currently due on October 16, 2007.

     2. Pursuant to this Court's August 17, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on November 13, 2007, and attend a case management conference on November 20, 2007.

STIPULATION TO EXTEND DATES
07-04235 EDL

1    3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Defendants' Response: | December 14, 2007 |
| Last day to file Joint ADR Certification: | December 21, 2007 |
| Last day to file/serve Joint Case Management Statement: | January 8, 2008 |
| Case Management Conference: | January 15, 2008 at 10:00 a.m. |

Dated: October 15, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: October12, 2007              _____/s/_____
ROBERT B. JOBE
Law Office of Robert B. Jobe
Attorneys for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference previously scheduled for November 20, 2007, is hereby rescheduled to January 15, 2008.

Dated:

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION TO EXTEND DATES
07-04235 EDL