1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
6        Telephone: (415) 436-6730
         FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12
   KULWANT SINGH,                      )   No. C 07-04235 EDL
13                                     )
              Plaintiffs,              )
14                                     )
        v.                             )
15                                     )
   MICHAEL CHERTOFF, Secretary,        )   STIPULATION TO EXTEND DATES;
16 Department of Homeland Security;    )   [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
   DEPARTMENT OF HOMELAND              )
17 SECURITY; EMILIO T. GONZALEZ,       )
   Director, U.S. Citizenship and Immigration )
18 Services; DAVID N. STILL, District  )
   Director, USCIS, San Francisco Office; )
19 PETER D. KEISLER, U.S. Attorney     )
   General,                            )
20                                     )
              Defendants.              )
21 _____ )

22       Plaintiff, by and through his attorney of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

24       1. Plaintiff filed this action on or about August 17, 2007, and Defendants' Response is

25 currently due on October 16, 2007.

26       2. Pursuant to this Court's August 17, 2007 Order Setting Initial Case Management

27 Conference, the parties are required to file a joint case management statement on

28 November 13, 2007, and attend a case management conference on November 20, 2007.

STIPULATION TO EXTEND DATES
07-04235 EDL

3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Defendants' Response: | December 14, 2007 |
| Last day to file Joint ADR Certification: | December 21, 2007 |
| Last day to file/serve Joint Case Management Statement: | January 8, 2008 |
| Case Management Conference: | January 15, 2008 at 10:00 a.m. |

Dated: October 15, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: October 12, 2007

_____/s/_____
ROBERT B. JOBE
Law Office of Robert B. Jobe
Attorneys for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference previously scheduled for November 20, 2007, is hereby rescheduled to January 15, 2008. at 3:00 p.m.

Dated: October 18, 2007

IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

STIPULATION TO EXTEND DATES
07-04235 EDL