SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KULWANT SINGH, ) <br> ) <br>         Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, ) <br> Department of Homeland Security; ) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY; EMILIO T. GONZALEZ, ) <br> Director, U.S. Citizenship and Immigration ) <br> Services; DAVID N. STILL, District ) <br> Director, USCIS, San Francisco Office; ) <br> PETER D. KEISLER, U.S. Attorney ) <br> General, ) <br> ) <br>         Defendants. ) <br> _____ ) | No. C 07-04235 EDL <br><br> STIPULATION TO DISMISS; <br> [PROPOSED] ORDER |

      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is proceeding on Plaintiff's application for adjustment of status.

///

///

///

STIPULATION TO EXTEND DATES
07-04235 EDL

1   The parties shall bear their own costs and fees.

2   Dated: December 13, 2007                       Respectfully submitted,

3                                                   SCOTT N. SCHOOLS
                                                    United States Attorney
4

5
                                                    _____/s/_____
6                                                   MELANIE L. PROCTOR
                                                    Assistant United States Attorney
7                                                   Attorney for Defendants

8
    Dated: December 13, 2007                        _____/s/_____
9                                                   ROBERT B. JOBE
                                                    Law Office of Robert B. Jobe
10                                                  Attorneys for Plaintiffs

11
                                    **ORDER**
12
        Pursuant to stipulation, IT IS SO ORDERED.  The case is DISMISSED without prejudice.
13

14  Dated:

15                                                  _____
                                                    ELIZABETH D. LAPORTE
16                                                  United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DATES
07-04235 EDL