SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KULWANT SINGH, ) <br> ) <br>             Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, ) <br> Department of Homeland Security; ) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY; EMILIO T. GONZALEZ, ) <br> Director, U.S. Citizenship and Immigration ) <br> Services; DAVID N. STILL, District ) <br> Director, USCIS, San Francisco Office; ) <br> PETER D. KEISLER, U.S. Attorney ) <br> General, ) <br> ) <br>             Defendants. ) <br> _____ ) | No. C 07-04235 EDL <br><br><br><br><br> STIPULATION TO DISMISS; <br> [~~PROPOSED~~] ORDER |

      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is proceeding on Plaintiff's application for adjustment of status.

///

///

///

STIPULATION TO EXTEND DATES
07-04235 EDL

The parties shall bear their own costs and fees.

Dated: December 13, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: December 13, 2007

_____/s/_____
ROBERT B. JOBE
Law Office of Robert B. Jobe
Attorneys for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The case is DISMISSED without prejudice.

Dated: January 7, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

*[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte]*

STIPULATION TO EXTEND DATES
07-04235 EDL